UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSEPH ESAPIH NJI NJU,** <br> **Petitioner** | CIVIL DOCKET NO. 1:20-CV-01695-P |
| **VERSUS** | JUDGE DAVID C. JOSEPH |
| **CHAD WOLF,** <br> **Respondent** | MAGISTRATE JUDGE PEREZ-MONTES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), and after a *de novo* review of the record, including the Objection (ECF No. 6) and Declaration (ECF No. 7) filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Motion for Temporary Restraining Order (ECF No. 4) is hereby DENIED.

THUS DONE AND SIGNED in Chambers, this 9th day of February, 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE