UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JOSEPH ESAPIH NJI NJU** **#A213-327-866, Plaintiff** | **CIVIL DOCKET NO. 1:20-CV-01695-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF,** **Defendant** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 10], and after a *de novo* review of the record, noting the absence of objection, having determined that the findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DISMISSED WITH WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 7th day of April 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE